# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MARSH, Administratrix of the Estate of MAHLON CHRISTOPHER MOSHER, | CIVIL ACTION NO. 3:14-CV-02331 (JUDGE CAPUTO) |
| Plaintiff, | |
| v. | |
| NORFOLK SOUTHERN, INC., CANADIAN PACIFIC RAILWAY, and JEFFREY D. BOYD, | |
| Defendants. | |

## ORDER

**NOW**, this 20th day of March, 2017, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 47) is **GRANTED.** The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge